IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV233 |
| v. | ) ) | |
| GRACE ELIZABETH REISINGER and ROF CONSULTING, LLC, | ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that Reisinger's motion to change venue is granted. This action shall be transferred to the United States District Court for the Northern District of Illinois. The motion to dismiss is deferred to the transferee Illinois District Court.

DATED this 24th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court